JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

## Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:**    **Category No.** II    **Investigating Agency** ATF

**City** Hyannis

**County** Barnstable

**Related Case Information:**
- Superseding Ind./ Inf. _____  Case No. _____
- Same Defendant _____  New Defendant _____
- Magistrate Judge Case Number _____
- Search Warrant Case Number _____
- R 20/R 40 from District of _____

### Defendant Information:

- **Defendant Name:** Timothy Lee Galvin    Juvenile: ☐ Yes ☑ No
- Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No
- **Alias Name:** Timothy Lee Dinger-Galvin
- **Address:** (City & State) Hyannis, MA
- **Birth date (Yr only):** 1992   **SSN (last4#):** 7250   **Sex:** M   **Race:** U   **Nationality:** United States

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

### U.S. Attorney Information:

- **AUSA:** Benjamin Tolkoff    **Bar Number if applicable:** NYBN 4294443
- **Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____
- **Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No
- **Matter to be SEALED:** ☐ Yes ☑ No
- ☑ Warrant Requested   ☑ Regular Process   ☐ In Custody

### Location Status:

**Arrest Date:** 06/02/2023

- ☐ Already in Federal Custody as of _____ in _____
- ☑ Already in State Custody at Barnstable   ☐ Serving Sentence   ☑ Awaiting Trial
- ☐ On Pretrial Release   Ordered by: _____ on _____

**Charging Document:** ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 08/29/2023    **Signature of AUSA:** [signature]

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC §§ 922(g)(1), 924(e) | Possession of Ammunition as Convicted Felon | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf 3/4/2013