UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>TIMOTHY LEE GALVIN, a.k.a, )<br>TIMOTHY LEE DINGER-GALVIN,   )<br>)<br>Defendant.   ) | Criminal No. 23-CR-10234-AK |

**FINAL ORDER OF FORFEITURE**

**KELLEY, D.J.**

WHEREAS, on April 4, 2025, this Court issued a Preliminary Order of Forfeiture against the following property, in connection with the charges against the defendant Timothy Lee Galvin a/k/a Timothy Lee Dinger-Galvin (the "Defendant"), pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure:

(a) three rounds of Federal brand, 9mm ammunition;

(b) eleven rounds of .45 caliber ammunition, of which seven are Winchester brand, two are Winchester Military Ammunition brand and two are Prvi Partizan brand;

(c) forty-seven rounds of Herter's brand, 9mm ammunition;

(d) a Polymer 80 brand, .45 caliber, semi-automatic pistol, bearing no serial number;

(e) a Smith & Wesson brand, model SW40VE, .40 caliber, semi-automatic pistol, bearing serial number DWM5240; and

(f) 10 rounds of .40 caliber ammunition;

(collectively, the "Properties");

WHEREAS, notice of the Preliminary Order of Forfeiture was sent to all interested parties and published on the government website www.forfeiture.gov for thirty (30) consecutive calendar days, beginning on August 14, 2025 and ending on September 12, 2025;

WHEREAS, no claims of interest in the Properties have been filed with the Court or served on the United States Attorney's Office, and the time within which to do so has expired;

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. The United States' Motion for a Final Order of Forfeiture is allowed.

2. The United States of America is now entitled to the forfeiture of all rights, title or interests in the Properties, which are hereby forfeited to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), and Rule 32.2(c) of the Federal Rules of Criminal Procedure.

3. All other parties having any rights, title or interests in the Properties are hereby held in default.

4. The United States is hereby authorized to dispose of the Properties in accordance with applicable law.

5. This Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

/s/ Angel Kelley
_____
**ANGEL KELLEY**
United States District Judge

Dated: 12/2/2025